# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: CW 11-00608

**Judgment rendered and mailed to all parties or counsel of record on December 2, 2011.**

STATE OF LOUISIANA
VERSUS
VINCENT SIMMONS

FILED: 05/17/11

On application of Vincent Simmons for Rehearing in No. 77-CR-37596 on the docket of the Twelfth Judicial District Court, Parish of Avoyelles, Honorable Mark A. Jeansonne.

|  |  |
|---|---|
| Pro se | Counsel for:<br>Vincent Simmons |
| Charles A. Riddle, III | Counsel for:<br>State of Louisiana |

Lake Charles, Louisiana, on December 2, 2011.

**APPLICATION FOR REHEARING NOT CONSIDERED.** This court denied the relator's writ application on October 13, 2011. An application for rehearing from a ruling denying a writ application is not permitted pursuant to Uniform Rules—Courts of Appeal, Rule 2–18.7. Furthermore, this court cannot consider arguments and evidence which have not been presented to the trial court. Therefore, we deny the requested relief.

_____        _____        _____
EAP                                          SJG                                          PMK